1  **BRYAN CAVE LLP**
2  Marcy J. Bergman, California Bar No. 75826
   Stephanie A. Blazewicz, California Bar No. 240359
3  Robert J. Esposito, California Bar No. 267031
   560 Mission Street, 25th Floor
4  San Francisco, CA 94105
5  Telephone:   (415) 268-2000
   Facsimile:    (415) 268-1999
6  Email:         marcy.bergman@bryancave.com
                  stephanie.blazewicz@bryancave.com
7                 robert.esposito@bryancave.com
8
   Attorneys for Plaintiff
9  AIRWAIR INTERNATIONAL LTD.

10

11                **UNITED STATES DISTRICT COURT**

12           **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

13  AIRWAIR INTERNATIONAL LTD., a         Case No. 12-cv-04905-PSG
    company of the United Kingdom,         Honorable Paul S. Grewal
14
                                           **CONSENT JUDGMENT AND**
15              Plaintiff,                 **PERMANENT INJUNCTION**

16  vs.

17  TWIN TIGER FOOTWEAR, INC.; and        Action Filed: September 19, 2012
    DOES 1-50,
18
                Defendants.

The parties hereto having agreed to a settlement of the claims between them, and having stipulated to entry of this consent judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over defendant TWIN TIGER FOOTWEAR, INC. ("TWIN TIGER") and over the subject matter at issue in this action. TWIN TIGER consents to jurisdiction of this Court for the purpose of executing and enforcing this Consent Judgment and Permanent Injunction, and the Court retains jurisdiction for this purpose.

2. Plaintiff AIRWAIR INTERNATIONAL LTD. ("AIRWAIR") is the owner of the Dr. Martens® trade dress for footwear and is the owner of several U.S. registrations for its trade dress in the United States Patent and Trademark Office, including "the combination of yellow stitching in the welt area and a two-tone grooved sole edge" (Reg. No. 2,437,751, attached as Exhibit 1), the yellow "welt stitch located around the perimeter of footwear" (Reg. No. 2,437,750, attached as Exhibit 2), its DMS undersole design mark (Reg. No. 2,102,468, attached as Exhibit 3, the "DMS Design Mark"), "longitudinal ribbing and a dark color band over a light color on the outer sole edge, welt stitching, and a tab at the top back heel of footwear" (Reg. No. 2,341,976, attached as Exhibit 4), and "the design of an sole edge including longitudinal ribbing, and a dark color band over a light color" (Reg. No. 2,104,349, attached as Exhibit 5) (collectively "AIRWAIR Trade Dress Marks"). AIRWAIR has the exclusive right to use the AIRWAIR Trade Dress Marks in commerce, on or in connection with footwear.

3. TWIN TIGER acknowledges the validity of the trademark registrations attached as Exhibits 1–5.

4. TWIN TIGER has distributed, offered for sale and sold boots that contain beige stitching in the welt area, a sole edge with horizontal ribbing and a dark color band over a light color, and an undersole design similar to the DMS Design Mark, as shown in Exhibits 6 and 7 hereto (referred to collectively as "Twin Tiger Footwear").

5.      TWIN TIGER represents and warrants that it sold 25,488 pairs of the Twin Tiger Footwear in the United States for a total of approximately $306,054.00 and that as of the date of this Agreement, no units of the Twin Tiger Footwear remain in its inventory.

6.      TWIN TIGER represents and warrants that as of the date of this Agreement, it has discontinued and is not currently manufacturing, licensing, distributing, purchasing or selling the Twin Tiger Footwear.  TWIN TIGER further represents and warrants that it will not in the future manufacture, distribute, sell or offer for sale any other footwear styles that contain any of the identified trade dress described the U.S. trademark registrations attached as Exhibits 1–5.

7.      TWIN TIGER agrees to pay AIRWAIR a settlement amount as set forth in the parties' Settlement and Release Agreement.

8.      TWIN TIGER, and each of its officers, directors, agents, servants, employees, subsidiaries, affiliates, predecessors, successors and/or other related companies, and persons in active concert or participation with TWIN TIGER who receive actual notice of this order by personal service or otherwise, are permanently enjoined from manufacturing, importing, exporting, distributing, licensing, selling, marketing, advertising, promoting or offering for sale any footwear or any component part thereof that is confusingly similar to the distinctive AIRWAIR Trade Dress Marks, any footwear with yellow welt stitching, two tone grooved sole edge, a sole edge with horizontal ribbing and a dark color band over a light color as depicted in Exhibit 5, or the DMS undersole pattern.

*[The balance of this page is intentionally left blank.]*

9. All point-of-sale materials, labels, signs, boxes, prints, catalogs, line sheets, marketing materials, internet web pages, metatags, packages, papers, other trade dress, and advertisements in the possession or control of TWIN TIGER bearing images, illustrations, or representations of the enjoined shoes and boots, trade dress and undersole patterns, and all plates, molds, matrixes, and other means of making the same in the possession or control of TWIN TIGER, shall be delivered to AIRWAIR's counsel or destroyed within ten (10) business days and TWIN TIGER shall provide written confirmation of the destruction of the materials set forth above, specifying what materials have been destroyed.

**IT IS SO ORDERED.**

Dated:        By: _____
              The Honorable Paul S. Grewal
              Judge of the U.S. District Court

**BRYAN CAVE LLP**

Dated: June 17, 2013    By: */s/ Marcy J. Bergman*
              Marcy J. Bergman
              Stephanie A. Blazewicz
              Robert J. Esposito
              Attorneys for Plaintiff
              AIRWAIR INTERNATIONAL LTD.

**THE THOMAS LAW GROUP**

Dated: June 17, 2013    By: */s/ Stephen Thomas*
              Stephen Thomas
              Attorney for Defendant
              TWIN TIGER FOOTWEAR, INC.

Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 2,437,751
Registered Mar. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KINGDOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED FOR THE COLOR YELLOW, AND CLAIM IS MADE TO COLOR.

THE MARK CONSISTS OF THE COMBINATION OF YELLOW STITCHING IN THE WELT AREA AND A TWO-TONE GROOVED SOLE EDGE.

SEC. 2(F).

SER. NO. 74-494,466, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

# Exhibit 2

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 2,437,750
Registered Mar. 27, 2001

## TRADEMARK
## PRINCIPAL REGISTER



R.GRIGGS GROUP LIMITED (UNITED KINGDOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED FOR THE COLOR YELLOW AND CLAIM IS MADE TO COLOR.

THE MARK CONSISTS OF A WELT STITCH LOCATED AROUND THE PERIMETER OF FOOTWEAR. THE PHANTOM LINING IS NOT A PART THE MARK, BUT MERELY INDICATES THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 74-494,463, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

# Exhibit 3

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,102,468
Registered Oct. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KINGDOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

　FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

　FIRST USE 8-0-1992, FIRST USED IN ANOTHER FORM IN 1978; IN COMMERCE 9-0-1992, FIRST USED IN COMMERCE IN ANOTHER FORM IN 1984.

　THE PHANTOM LINING IS NOT A PART OF THE MARK, BUT MERELY INDICATES THE POSITION OF THE MARK.

　THE MARK CONSISTS OF THE DESIGN OF AN UNDERSOLE.

　SER. NO. 74-502,418, FILED 3-21-1994.

JEFFREY LOOK, EXAMINING ATTORNEY

# Exhibit 4

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 2,341,976
Registered Apr. 11, 2000

## TRADEMARK
### SUPPLEMENTAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KINGDOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
UNITED KINGDOM

   FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
   FIRST USE 0-0-1960; IN COMMERCE 0-0-1984.
   THE MARK CONSISTS OF LONGITUDINAL RIBBING AND A DARK COLOR BAND OVER A LIGHT COLOR ON THE OUTER SOLE EDGE, WELT STITCHING, AND A TAB LOCATED AT THE TOP BACK HEEL OF FOOTWEAR.

   SER. NO. 74-494,465, FILED P.R. 2-25-1994; AM. S.R. 3-11-1999.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

# Exhibit 5

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,104,349

Registered Oct. 7, 1997

## TRADEMARK
### SUPPLEMENTAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
  DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
  UNITED KINGDOM

  FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).
  FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.
  THE PHANTOM LINING IS NOT A PART OF THE MARK, BUT MERELY INDICATES THE POSITION OF THE MARK.

  THE MARK CONSISTS OF THE DESIGN OF AN SOLE EDGE INCLUDING LONGITUDINAL RIBBING, AND A DARK COLOR BAND OVER A LIGHT COLOR.

  SER. NO. 74-494,464, FILED P.R. 2-25-1994; AM. S.R. 5-30-1997.

CATHERINE KAISER KREBS, EXAMINING
  ATTORNEY

# Exhibit 6





Exhibit 7

